IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

KARLA WOOTEN,

    Petitioner,

v.                                       4:20cv263–WS/MJF

MARK S. INCH,

    Respondent.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (ECF No. 2) docketed May 19, 2020. The magistrate judge recommends that Petitioner's petition for writ of habeas corpus be dismissed for lack of jurisdiction. In response, Petitioner has filed a motion (ECF No. 3) for reconsideration, which the undersigned has construed as objections to the magistrate judge's report and recommendation.

Having reviewed the record in light of Petitioner's objections, the undersigned finds that the magistrate judge's report and recommendation is due to be adopted. Accordingly, it is ORDERED:

Page 2 of 2

1. The magistrate judge's report and recommendation (ECF No. 2) is hereby ADOPTED and incorporated by reference into this order.

2. Petitioner's petitioner for writ of habeas corpus (ECF No. 1), and this action, are DISMISSED without prejudice for lack of jurisdiction.

3. A certificate of appealability is DENIED.

4. The clerk shall enter judgment stating: "This action is DISMISSED without prejudice for lack of jurisdiction." The clerk shall close the case.

DONE AND ORDERED this   18th   day of   June  , 2020.


s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE